ELIAS HIBBARD

*v.*

HENRY MOLLOY.

NEW TRIAL—*verdict against the evidence.* In this case the verdict of the jury is regarded as clearly against the evidence.

APPEAL from the Alton City Court.

This suit was brought by Henry Molloy against Elias Hibbard as the surviving partner of L. N. Nutz, to recover the price of a quantity of coal claimed to have been delivered by the plaintiff to the firm of Hibbard & Nutz during the lifetime of Nutz. A trial in the court below resulted in a verdict and judgment for the plaintiff. The defendant appeals.

Messrs. S. T. & R. S. SAWYER, for the appellant.

Mr. A. W. HOPE, for the appellee.

Per CURIAM: In this case the verdict is clearly against the evidence. The testimony shows beyond all reasonable doubt that there was no partnership between the defendant and Nutz at the time the greater part of the coal was delivered, and we are of opinion there was no partnership at any time.

The judgment of the court below is reversed and the cause remanded.

*Judgment reversed.*